# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:15CR290 |
| Plaintiff | |
| v. | **ORDER** |
| Manuel Pacely, | |
| Defendant | |

The defendant in this criminal case, Manuel Pacely, has filed a request that, on his release from prison, I order the Bureau of Prisons to place him in a halfway house in Columbus, Ohio. (Doc. 35). In its response, the government correctly observes that I have no authority to issue such a directive. (Doc. 37).

Because the decision as to halfway-house placement is a matter left to the Bureau of Prisons' discretion, it is hereby ORDERED THAT the defendant's request for a directive that he be placed in a halfway house in Columbus, Ohio (Doc. 35) be, and the same hereby is, denied.

In accordance with 28 U.S.C. § 1915(a)(3), I certify that an appeal from this decision would not be in good faith, and none may be taken without prepayment of the filing fee.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge